IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PEDRO LUIS GAVILAN-CRUZ, : No. 3:24-CV-1945
    Plaintiff :
: (Judge Munley)
v. :
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, *et al.*, :
    Defendants :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. To the extent Plaintiff is attempting to assert a Fourteenth Amendment procedural due process claim, that claim is **DISMISSED** with prejudice under Section 1915A(b)(1) for failure to state a claim for relief.

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law tort claims. Those claims are therefore **DISMISSED** without prejudice.

3. Plaintiff, if he so desires, may file a second amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum. Failure to do so may result in the summary striking of any improper second amended pleading.

4. If no appropriate second amended complaint is timely filed, dismissal of any Section 1983 claim without prejudice will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: 2/6/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court