IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PEDRO LUIS GAVILAN-CRUZ,          :          No. 3:24-CV-1945
          Plaintiff                          :
                                             :          (Judge Munley)
     v.                                      :
                                             :
PENNSYLVANIA DEPARTMENT OF        :
CORRECTIONS, *et al.*,                       :
          Defendants                         :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Plaintiff's Section 1983 claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The court declines to exercise supplemental jurisdiction over Plaintiff's state-law tort claims. Those claims are therefore **DISMISSED** without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

Date: 5/14/26                    BY THE COURT:

                                 JUDGE JULIA K. MUNLEY
                                 United States District Court